**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Case No.: 3:11-bk-00244
Chapter 13

In Re:
Michelle Scott,
        Debtor(s)
_____/

## MOTION TO MODIFY CONFIRMED PLAN

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202, and serve a copy on LaBella Law, P.L. 1665 Kingsley Avenue, Orange Park, Florida 32073; Douglas Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL 32201; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      COMES NOW, Debtor, Michelle Scott, by and through the undersigned attorney who files this Motion to Modify Confirmed Plan pursuant to 11 U.S.C. §1329 and states as follows:

1. The Court entered an order confirming the plan (the "Confirmation Order") on April 22, 2011. [D.E. 21].

2. On May 5, 2011, BAC Home Loans Servicing LP filed Claim 10. In that claim, the arrearage was $6,465.57. The Confirmed Plan provided for $3,558.00 for arrearage.

3. Therefore, the Debtors move this Court pursuant to §1329 of the Bankruptcy Code and Rule 3015 for leave to amend the Chapter 13 plan as follows:

    a. Payment increase to BAC Home Loans as listed on the filed Modified Chapter 13 Plan.

      Wherefore, Debtor prays for an Order to Modify the Chapter 13 Plan to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated this 29th day of November, 2011.

/s/ John J. Freeman
John J. Freeman
Florida Bar #058618
LaBella Law, P.L.
1665 Kingsley Avenue, Suite 108
Orange Park, Florida 32073
Phone: (904) 541-1643
Fax: (904) 541-1676
Attorney for Debtor(s)