UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:11-bk-00244
Chapter 13

In Re:
Michele A Scott
        Debtor
_____/

MODIFIED CHAPTER 13 PLAN

The debtors submit the following Modified Chapter 13 Plan:

1. The future earning of the debtors are submitted to the supervision and control of the Trustee, and the debtors shall pay to the Trustee the sum of $1510.17 per month for months one through two (1-2), $1563.37 per month for months three through eleven (3-11), and $1653.69 per month for months twelve through sixty (12-60).

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Priority Claims.

        i. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10 %) of the amount of all payments under the plan.

        ii. The Debtors' Attorney shall be paid $1500.00 in attorney's fees. The Trustee shall pay the Debtor's Attorney at a rate of $148.00 per month for months one through ten (1-10) and $20.00 for month eleven (11) of the plan, for a total payment of $1500.00 to pay the balance in full.

        iii. The Debtor's attorney shall be paid an administrative fee of $25.00 per month over the life of the plan.

    b. Secured Claims.

        i. **BAC Home Loans** holds a first mortgage on the debtor's principal residence located at 6644 Ricker Road, Jacksonville, Florida

      32244.  The Trustee shall make the regular monthly payments of $1186.00 over the life of the plan.

      The Debtor is currently $6464.57 in arrears on their first mortgage payment, which includes late charges.  The Trustee shall pay the creditor $126.40 per month for months twelve through thirty-four (12-34), $136.85 per month for months thirty-five through fifty-nine (35-59), and $137.12 for month sixty (60) toward the arrearage to bring the mortgage payments current over a sixty (60) month period.

  ii. **American General** holds a lien on the debtor's 1996 Acura.  The balance on this account is $2094.61.  This debt shall be re-amortized and paid in full over the life of the plan with interest accruing at a rate five percent (5%), which has been figured into the following payment schedule.  The Trustee shall make regular monthly payments of $120.00 over months eleven through twenty-nine (11-29) and $131.00 for month thirty (30) of the plan to pay this debt in full.

  iii. **HSBC Home Loans** holds a second mortgage on debtor's principal residence located at 6644 Ricker Road, Jacksonville, Florida 32244.  This mortgage is wholly unsecured and treated as such.  The second mortgage will be stripped in a separate adversarial proceeding.

  iv. **FFC Financial** holds a lien on the debtor's HVAC.  The balance on this account is $1133.14. This debt shall be paid in full over the life of the plan with interest accruing at a rate of five percent (5%).  The interest is accounted for in the rate set forth below.  The Trustee shall make regular monthly payments of $19.91 over months three through sixty (3-60) the life of the plan.

c. <u>Unsecured Claims</u>.

    i. **Unsecured creditors**, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distribution pro-rata. The Trustee shall distribute each month among those unsecured creditors whose claims are timely filed and allowed. If all unsecured creditors file claims, each will receive payments totaling 11.0 % of his claim.

    ii. Any claim filed after the claims bar date shall receive no distribution under this plan, unless specifically provided for above.

    iii. The debtors do not reject any executory contracts.

    iv. Title to all property of the estate shall revest in the debtors upon confirmation of this plan.

    v. *Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorney's fees will be paid to or accessible by any secured creditor. 11 U.S.C. Section 1327(a) provides:*

    "*The provision of a confirmed plan bind the debtors and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan.*"

**Once Debtor successfully complete the Chapter 13 plan and a discharge is entered by the Court, NO SECURED CREDITOR WILL BE ALLOWED TO ADD LATE CHARGES, PENALTIES, INTEREST OR ATTORNEY'S FEES FROM THE BEGINNING OF TIME THROUGH THE DATE OF DISCHARGE.**

Dated this 29th day of November 2011.

                                              /s/ John J. Freeman  
                                              John J. Freeman  
                                              Florida Bar #58618  
                                              LaBella Law, P.L.  
                                              1665 Kingsley Avenue, Suite 108  
                                              Orange Park, Florida 32073

Phone: (904) 541-1643
Fax: (904) 541-1676
Attorney for Debtor